**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES REYNOSO,<br><br>Plaintiff(s),<br><br>v.<br><br>VUMM INTERNATIONAL, INC., et al.,<br><br>Defendant(s). | Case No. CV-17-7770-R<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

Plaintiff was ORDERED to show cause in writing no later than **March 23, 2018** why this action should not be dismissed for lack of prosecution. On March 23, 2018, Plaintiff filed a response listing the procedural history and requesting for an additional month to serve the defendant. The Court FINDS that no good cause is shown to warrant a continuance.

WHEREAS, the period has elapsed without proper service of the complaint and summons within the time frame allowed by Federal Rules of Civil Procedure 4(m); and, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: March 26, 2018

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE